JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBAN TEXTILE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARK EDWARDS APPAREL INC., a Canadian Corporation; DOES 3 - 100,<br><br>Defendants. | Case No. 2:14-CV-08285-ODW(FFMx)<br><br>**JUDGMENT** |

On March 31, 2017, the Court granted defendants' Mark-Edwards Apparel Inc. and rue21, Inc. (collectively, "Defendants") Motion for Partial Summary Judgment on plaintiff Urban Textile, Inc.'s ("Urban") copyright infringement claims based upon Urban design numbers UB-4701, UB-4690, UB-4694, UB-4276, UB-4345, UB-4492, UB-4530, UB-4638, UB-4609, UB-4670, and UB-4672. (ECF No. 139.)

On November 2, 2017, Urban requested that the Court dismiss rue21, Inc. from the case due to rue21, Inc.'s bankruptcy. (ECF 154.) The Court granted

1 | Urban's request, and dismissed rue21, Inc. from this action on November 14, 2017. (ECF 157.)

Also on November 14, 2017, pursuant to the parties' stipulation, the Court dismissed Urban's claims based upon the lone remaining design at issue in the case, UB-4564. (ECF 157.)

In light of the foregoing, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. JUDGMENT is entered in favor of Mark-Edwards Apparel Inc., and against Urban Textile, Inc.

2. Mark-Edwards Apparel Inc. shall file any motion for attorneys' fees and costs pursuant to 17 U.S.C. § 505 within twenty-one days from the entry of this Order.

**IT IS SO ORDERED.**

Dated: _November 27, 2017

Otis D. Wright II
United States District Judge

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES